IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LUNA, | CASE No. 1:10-cv-02076-LJO-MJS (PC) |
| Plaintiff, | ORDER GRANTING DEFENDANT'S REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEOCONFERENCE |
| vs. | (ECF No. 36) |
| CALIFORNIA HEALTH CARE SERVICES, et al., | |
| Defendants. | |

Plaintiff Arthur Luna is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed November 9, 2010 pursuant to 42 U.S.C. § 1983. (ECF No. 1.)

This matter proceeds on Plaintiff's Second Amended Complaint claim of medical indifference against Defendant Ugwueze. (ECF No. 20.) This matter is in the discovery phase. The discovery cut-off date is September 23, 2013. (ECF No. 33.)

Pending before the Court is Defendant's March 6, 2013 request to conduct the deposition of Plaintiff via videoconference pursuant to Fed. R. Civ. P. 30(b)(4). (ECF No. 36.)

Good cause having been shown, Defendant's motion is HEREBY GRANTED, provided that nothing in this order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

IT IS SO ORDERED.

Dated:   March 12, 2013                     /s/ *Michael J. Seng*
                                                                  UNITED STATES MAGISTRATE JUDGE

-2-