1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR LUNA, | Case No. 1:10-cv-02076-LJO-MJS (PC) |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR LEAVE TO FILE PLAINTIFF'S MEDICAL RECORDS UNDER SEAL FOR IN CAMERA REVIEW** |
| v. | |
| CALIFORNIA HEALTH CARE SERVICES, et al., | |
| Defendants. | **(ECF No. 41)** |

Plaintiff Arthur Luna is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed November 9, 2010 pursuant to 42 U.S.C. § 1983. Before the Court is a request by Defendant Ugwueze to file Plaintiff's medical records[1] under seal for in camera review.

Defendant asserts the medical records, which relate to his pending motion for summary judgment, include private information unrelated to this action.

Defendant represents that Plaintiff has stipulated to the filing of the medical records under seal for the Court's review and that all records filed under seal will be served on Plaintiff.

Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Defendant's counsel may file Plaintiff Arthur

---

[1] Exhibit A to Declaration of Custodian of Records, CSATF-SP Corcoran, consisting of 38 pages.

1  Luna's medical records under seal. The Court will review the information in camera as part

2  of Defendant's motion for summary judgment. The sealed medical records will be retained

3  in the record of this action unless the Court orders otherwise.

4

5

6

7

8

9

10

11  IT IS SO ORDERED.

12  Dated:    December 12, 2013          /s/ *Michael J. Seng*

13                                       UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28